UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ALEXANDER WOLPERT,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN MATEO, et al.,<br><br>Defendants. | Case No. 22-cv-04351-HSG<br><br>**ORDER DENYING MOTION FOR JUDGMENT; DIRECTIONS TO CLERK**<br><br>Re: Dkt. No. 7 |

On or about July 28, 2022, Plaintiff, an inmate housed at Maple Street Correctional Center, filed this *pro se* action against San Mateo County and Sheriff Carlos Balons, pursuant to 42 U.S.C. § 1983. Dkt. No. 1. That same day, the Clerk of the Court notified Plaintiff that his *in forma pauperis* application was deficient because he had not submitted the required certificate of funds document or the required copy of his prisoner trust account. Dkt. No. 4. On or about August 11, 2022, the Court received from Plaintiff a renewed application for leave to proceed *in forma pauperis*, Dkt. No. 8, and a pleading titled "Motion for Judgment," Dkt. No. 7. In the motion for judgment, Plaintiff states that, on August 2, 2022, he requested the supporting documents required for his *in forma pauperis* application, and that on August 6, 2022, the request was returned to him unfulfilled. He argues that "San Mateo County is responsible for the actions of the officers and staff of Maple Street Detention Center." Dkt. No. 7. The Court construes this pleading as requesting entry of judgment against San Mateo County. The request is DENIED. Generally speaking, entry of judgment against a defendant in an action indicates that the plaintiff has prevailed on the merits of the claims brought against that defendant. Here, the complaint has not yet been screened so it is unclear if any cognizable claims are stated against defendant San Mateo County, defendant San Mateo County has not yet been served or appeared in this action, and the

alleged failure to provide the supporting documents for Plaintiff's *in forma pauperis* application is unrelated to the claims set forth in the complaint.

In light of Plaintiff's representations in his motion for judgment, the Court *sua sponte* GRANTS Plaintiff an extension of time to September 16, 2022, to file the required supporting documentation to complete his *in forma pauperis* application, specifically a certificate of funds in prisoner's account completed and signed by an authorized officer at Plaintiff's correctional facility and a copy of his prisoner trust account statement showing transactions for the last six months. The Court requests the assistance of prison trust account office at Maple Street Correctional Center in helping Plaintiff obtain these forms. The Clerk shall send a courtesy copy of this order to the finance office or prison trust account office at Maple Street Correctional Center.

This order terminates Dkt. No. 7.

**IT IS SO ORDERED.**

Dated:   8/16/2022

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge