United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID ALEXANDER WOLPERT,

Plaintiff,

v.

COUNTY OF SAN MATEO, et al.,

Defendants.

Case No. 22-cv-04351-TLT

**ORDER OF DISMISSAL**

Plaintiff, an inmate housed at Maple Street Correctional Center at the time, filed this *pro se* action against San Mateo County and Sheriff Carlos Balons, pursuant to 42 U.S.C. § 1983, on July 28, 2022. ECF No. 1. That same day, the Clerk of the Court notified Plaintiff that his *in forma pauperis* application was deficient because he had not submitted the required certificate of funds document or the required copy of his prisoner trust account, and that he was required to do so by September 9, 2022. ECF No. 4. On August 16, 2022, the Court *sua sponte* granted Plaintiff an extension of time to September 16, 2022, to file the required supporting documentation. ECF No. 9. On August 22, 2022, Plaintiff filed a motion requesting an extension of 28 days to file the documentation, stating that "A new request [for his transaction logs] was filed on 8/17/2022" and "An extension would be needed to give the cashier of Maple Street Detention Center time to fulfill the request." ECF No. 10. On October 6, 2022, the Court, despite the 28 days requested by Plaintiff having passed, granted Plaintiff fourteen (14) additional days to file the documents. ECF No. 13. That deadline has passed, and Plaintiff has neither paid the filing fee nor filed the documents. The Court therefore DISMISSES this action without prejudice.[1] Because this

---

[1] The Court also notes that it appears that Plaintiff is no longer in custody at the Maple Street Correctional Center, as the copy of the Court's most recent Order that was sent to Plaintiff was

1  dismissal is without prejudice, Plaintiff may move to reopen the action.  Any such motion must be
2  accompanied by either the filing fee or a complete *in forma pauperis* application with the required
3  certificate of funds document or copy of his prisoner trust account.  The Clerk shall enter
4  judgment in favor of Defendants and close the file.

**IT IS SO ORDERED.**

Dated: October 26, 2022

TRINA L. THOMPSON
United States District Judge

---

returned as undeliverable and marked "Not in Custody."  *See* ECF No. 15.

2